UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

File No. 2:13-CR-02

HON. ROBERT HOLMES BELL

ROBERT KELLY EVERSON,

    Defendant.
_____/

## O R D E R

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Defendant's objections to the September 19, 2013, Report and Recommendation (Dkt. No. 37) are **OVERRULED**.

**IT IS FURTHER ORDERED** that the September 19, 2013, Report and Recommendation is **APPROVED AND ADOPTED IN PART** in accordance with the opinion entered this date.

**IT IS FURTHER ORDERED** that the government's objections to the R&R are **REMANDED** to the Magistrate Judge for further findings and consideration of the issue of the suppression of Defendant's written statement.

Dated: October 21, 2013            /s/ Robert Holmes Bell
                                                      ROBERT HOLMES BELL
                                                      UNITED STATES DISTRICT JUDGE