UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,          Case No. 2:13-CR-2

v.                HON. ROBERT HOLMES BELL

ROBERT KELLY EVERSON,

   Defendant.
_____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On October 22, 2013, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") (Dkt. No. 40) recommending that, to the extent Defendant seeks suppression of his written statement, his motion to suppress (Dkt. No. 14) be denied. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's October 22, 2013, R&R (Dkt. No. 40) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that, to the extent Defendant seeks suppression of his written statement, his motion to suppress (Dkt. No. 14) is **DENIED**.

Dated: December 17, 2013      /s/ Robert Holmes Bell
               ROBERT HOLMES BELL
               UNITED STATES DISTRICT JUDGE